UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS WELFARE FUND, *et al.*, | CASE NO. C14-1202RSM |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| PROJECT SHEET METAL INC., | |
| Defendant. | |

The Complaint in this matter was filed on August 6, 2014. Dkt. #1. Summonses were issued the next day, and Defendants were served on September 4, 2014. Dkts. #2 and #3. No Defendants have ever appeared. Nearly three years have passed, and nothing further has occurred in this matter. As a result, the Court ordered Plaintiffs to show cause no later than May 8, 2017, why this matter should not be dismissed pursuant to LCR 41(b)(1) for failure to prosecute. Dkt. #4. Plaintiffs have failed to respond. Accordingly, this matter is now DISMISSED pursuant to LCR 41(b)(1) for failure to prosecute.

DATED this 10th day of May, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1